United States Courts
Southern District of Texas
FILED

FEB 03 2026

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAVIEN SIAS §<br>§<br>Plaintiff, §<br>§<br>V. §<br>§<br>UNIVERSITY OF HOUSTON §<br>UNIVERSITY OF HOUSTON SYSTEM §<br>§<br>Defendants. § | Civil Action No.: _____ |

# PLAINTIFF'S ORIGINAL COMPLAINT

## I. Jurisdiction

1.1   This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States, specifically the Americans with Disabilities Act, Title II, and Section 504 of the Rehabilitation Act.

## II. Parties

2.1   Plaintiff: JAVIEN SIAS, a student with documented disabilities, currently enrolled at the University of Houston.

2.2   Defendant: UNIVERSITY OF HOUSTON, a public institution subject to ADA Title II and Section 504 obligations.

## III. Statement of Facts

3.1   Plaintiff has disabilities that substantially limit major life activities.

3.2   Plaintiff requested reasonable accommodations, including transfer to online course sections and retroactive accommodations for prior semesters.

3.3    Defendant denied, delayed, or failed to provide accommodations, despite Plaintiff providing medical documentation and explaining the barriers.

3.4    Defendant, through its offices (DART Center, EOS, and Office of the Provost), blocked or avoided communications, further exacerbating Plaintiff's disabilities and causing emotional distress, including anxiety, stress, and disruption of educational and housing access.

3.5    Plaintiff experienced financial impact due to class registration and medical withdrawal complications caused by Defendant's failure to accommodate.

## IV. CAUSE OF ACTION — Americans with Disabilities Act & Section 504 of the Rehabilitation Act

5.1    Defendant University of Houston, as a recipient of federal funds and an educational institution, had a legal obligation under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794) to provide reasonable accommodations to students with disabilities, including Plaintiff.

5.2    Defendant owed Plaintiff a duty to engage in the interactive process to determine appropriate accommodations for his documented disabilities.

5.3    Defendant failed to provide reasonable accommodations requested by Plaintiff, including transferring him to available online course sections, despite Plaintiff's timely and documented requests.

5.4    Defendant refused to provide a legitimate explanation for denying accommodations and improperly shifted the burden of justification onto Plaintiff, in violation of federal law.

5.5     Defendant ignored prior communications and failed to allow for reasonable escalation or retroactive accommodations, denying Plaintiff equal access to educational programs and federally funded services.

5.6     As a direct and proximate result of Defendant's conduct, Plaintiff suffered emotional distress, educational disruption, and other damages, and continues to experience ongoing harm.

## V. Relief Requested

Plaintiff requests that this Court:

1.  Award monetary damages for emotional distress and related harms such as medical costs (As Plaintiff specifies).

2.  Award monetary and otherwise compensation in the form of tuition and housing reimbursement, or so as the court sees fit.

3.  Order retroactive accommodations to remedy past denials and enforcement of sought accommodations.

4.  Enjoin Defendant from denying future reasonable accommodations.

5.  Award costs, fees, and any other relief the Court deems just and proper.

**RESPECTFULLY SUBMITTED,**

/s/ Javien Sias, Pro se litigant

Javien Sias

4200 Martin Luther King Blvd

Houston, Tx, 77204

832-871-8383